IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JUN 2 8 2010

GENERAL NUTRITION INVESTMENT )
COMPANY, )
      Plaintiff, )
       )
v. ) Civil Action No. 1:09cv989
       )
GNC-CHINA.COM, et al., )
      Defendants. )

## JUDGMENT ORDER

Upon consideration of the June 9, 2010 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and based upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the June 9, 2010 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against the seven defendant domain names, <gnc-china.com>, <gnc-cn.com>, <gncchina.com>, <china-gnc.com>, <chinagnc.com>, <chinesegnc.com>, and <cn-gnc.com>.

It is further **ORDERED** that VeriSign, Inc., as the registry for the domain names <gnc-china.com>, <gnc-cn.com>, <gncchina.com>, <china-gnc.com>, <chinagnc.com>, <chinesegnc.com>, and <cn-gnc.com>, is **DIRECTED** to change the registrar of record for these seven domain names from the current registrar to a domain registrar of plaintiff's selection, and such selected registrar shall thereafter register these seven domain names in plaintiff's name.

1

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to defendants, VeriSign, Inc., and all counsel of record.

Alexandria, VA
June 28, 2010

T. S. Ellis, III
United States District Judge